**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter   13 |
| | : | |
| Nakia Feribee | | |
| | : | |
| Debtor | : | Bankruptcy No. 19-16195ELF |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 10/1/19 and an Order extending time until 10/31/19, this case

is hereby DISMISSED.

**Date: November 5, 2019**

ERIC L. FRANK
United States Bankruptcy Judge

Missing Documents:

Atty Disclosure Statement
Chapter 13 Plan
Schedules AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106
Chapter 13 Statement of Your Current Monthly Income and
Calculation of Commitment Period Form 122C-1(old)
Means Test Calculation Form 122C-2 - <I>If Applicable</I> -

bfmisdoc elf (1/22/15)