United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-16195-elf
Nakia Feribee                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 1              Date Rcvd: Nov 05, 2019
                              Form ID: pdf900          Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 07, 2019.
```
db             +Nakia Feribee,    1165 Atwood Road,    Philadelphia, PA 19151-3108
14398152       +Auto Trakk, Llc,    1500 Sycamore Rd Ste 200,    Montoursville, PA 17754-9416
14398153       +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
14398154       +I C System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
14398155       +Luther Appliance & Fur,    129 Oser Ave Ste A,    Hauppauge, NY 11788-3813
14398157       +Ncb Management Service,    1 Allied Dr,    Trevose, PA 19053-6945
14405751       +PENNSYLVANIA HOUSING FINANCE AGENCY,    C/O Rebecca A. Solarz, Esq.,    KML Law Group,
                 701 Market Street Suite 5000,    Philadelphia, PA. 19106-1541
14411901       +Tea Olive, LLC,    PO BOX 1931,    Burlingame, CA 94011-1931
14398160       +The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1507
14398161        Trident Asset Manageme,    10375 Old Alabama Rd Ste,    Alpharetta, GA 30022
14401917       +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Nov 06 2019 03:26:44     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 06 2019 03:26:25
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 06 2019 03:26:35     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14409643        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 06 2019 03:30:14     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14398156       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 06 2019 03:26:28     Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
14398158       +E-mail/Text: bnc@nordstrom.com Nov 06 2019 03:26:12     Nordstrom/td Bank Usa,
                 13531 E. Caley Ave,    Englewood, CO 80111-6504
14398159       +E-mail/Text: blegal@phfa.org Nov 06 2019 03:26:30     Phfa,    211 N Front St,
                 Harrisburg, PA 17101-1466
14398162       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 06 2019 03:25:38
                 Verizon,    500 Technology Dr,    Weldon Spring, MO 63304-2225
                                                                                                TOTAL: 8

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 5, 2019 at the address(es) listed below:
```
              PAUL H. YOUNG    on behalf of Debtor Nakia  Feribee support@ymalaw.com,    ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter  13 |
| | : | |
| Nakia Feribee | : | |
| | : | |
| Debtor | : | Bankruptcy No. 19-16195ELF |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 10/1/19 and an Order extending time until 10/31/19, this case

is hereby DISMISSED.

**Date: November 5, 2019**

ERIC L. FRANK
United States Bankruptcy Judge

Missing Documents:

Atty Disclosure Statement
Chapter 13 Plan
Schedules AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106
Chapter 13 Statement of Your Current Monthly Income and
Calculation of Commitment Period Form 122C-1(old)
Means Test Calculation Form 122C-2 - <I>If Applicable</I> -

bfmisdoc elf (1/22/15)