# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE:  NAKIA FERIBEE** : **CHAPTER 13**
:
**Debtor** : **BKY. NO. 19-16195  ELF**

## O R D E R

**AND NOW**, upon consideration of the Motion to Reconsider Dismissal of this Bankruptcy Case *("the Motion")*, and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The Request For an Expedited Hearing **GRANTED.**

2. A hearing to consider the Motion shall be and hereby is scheduled on __November 26, 2019__, at __1:00 p.m.__, in the United States Bankruptcy Court, 900 Market Street, 2nd Floor, Courtroom No. 1, Philadelphia, Pennsylvania, 19107.

3. Written objections or other responsive pleadings to the Motions (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant shall serve the Motion and this Order on the the case Trustee, all secured creditors and all priority creditors by overnight mail, facsimile transmission or e-mail transmission **no later than 5:00 p.m. on November 21, 2019**.

5. The Movant shall file a Certification of Service as required by Local Rule 9014-4.

Date: __11/20/19__

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE