**U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


| | | |
|---|---|---|
| **IN RE: NAKIA FERIBEE** | : | **CHAPTER 13** |
| | : | |
| **Debtor** | : | **NO. 19-16195** |


### CERTIFICATE OF SERVICE


I, Paul H. Young, Esquire, hereby certify that I am the attorney for the Debtor in the

above-captioned matter and that on November 21, 2019, I served by facsimile, overnight mail,

and/or email, a true and correct copy of this court's Order setting an Expedited Hearing on

Debtor's Motion to Reconsider Order of Dismissal of Chapter 13 Case and Motion to Reopen to

the parties indicated below:

U.S. Trustee's Office

Trustee

All Creditors on Matrix

KML Law Group
Attorney for U.S. Bank N.A.

Debtor



/s/ Paul H. Young
PAUL H. YOUNG, ESQUIRE
Attorney for Debtor
3554 Hulmeville Road, Ste. 102
Bensalem, PA 19020
(215) 639-5297