# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-16195-ELF

NAKIA  FERIBEE

1165 ATWOOD ROAD

PHILADELPHIA, PA 19151-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    NAKIA  FERIBEE

    1165 ATWOOD ROAD

    PHILADELPHIA, PA 19151-

Counsel for debtor(s), by electronic notice only.

    PAUL H YOUNG
    3554 HULMEVILLE RD
    SUITE 102
    BENSALEM, PA 19020

Date: 1/16/2020

                                  /S/ William C. Miller
                                _____
                                William C. Miller, Esquire
                                Chapter 13 Standing Trustee