## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          : CHAPTER 13
    Nakia Feribee                              :
                                              :
                                              :
                                              :
    Debtor                                     :  BANKRUPTCY NO.  19-16195-elf

### CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served attached Praecipe to Amend confirmation hearing on docket #34 to 3/24/2020 at 10:00 AM on the following parties at the address(es) listed below by first class mail.

Debtor(s)

    Nakia Feribee
    1165 Atwood Road
    Philadelphia, PA 19151

Debtor's Attorney, by electronic notice only.

    Paul H. Young
    Young, Marr & Associates
    3554 Hulmeville Road
    Suite 102
    Bensalem, PA 19020
    support@ymalaw.com

                          /s/ William C. Miller

Date:   February 27, 2020          _____
                          William C. Miller, Esquire
                          Chapter 13 Standing Trustee