United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Nakia Feribee  
    Debtor

Case No. 19-16195-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: PaulP      Page 1 of 1      Date Rcvd: Feb 27, 2020  
                 Form ID: 160      Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 29, 2020.

```
db             +Nakia Feribee,    1165 Atwood Road,    Philadelphia, PA 19151-3108
14398152       +Auto Trakk, Llc,    1500 Sycamore Rd Ste 200,    Montoursville, PA 17754-9416
14398153       +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
14398154       +I C System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
14398155       +Luther Appliance & Fur,    129 Oser Ave Ste A,    Hauppauge, NY 11788-3813
14398157       +Ncb Management Service,    1 Allied Dr,    Trevose, PA 19053-6945
14405751       +PENNSYLVANIA HOUSING FINANCE AGENCY,    C/O Rebecca A. Solarz, Esq.,    KML Law Group,
                 701 Market Street Suite 5000,    Philadelphia, PA. 19106-1541
14411901       +Tea Olive, LLC,    PO BOX 1931,    Burlingame, CA 94011-1931
14398160       +The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1507
14398161        Trident Asset Manageme,    10375 Old Alabama Rd Ste,    Alpharetta, GA 30022
14401917       +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
14409643        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 28 2020 03:42:13     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14436380       +E-mail/Text: bankruptcy@sccompanies.com Feb 28 2020 03:33:22      Massey's,
                 c/o Creditors Bankruptcy Service,    P O Box 800849,    Dallas, TX 75380-0849
14398156       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 28 2020 03:33:46     Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
14455051       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 28 2020 03:33:46     Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14398158       +E-mail/Text: bnc@nordstrom.com Feb 28 2020 03:33:28      Nordstrom/td Bank Usa,
                 13531 E. Caley Ave,    Englewood, CO 80111-6504
14435286       +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 28 2020 03:42:37     PYOD, LLC,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
14398159       +E-mail/Text: blegal@phfa.org Feb 28 2020 03:33:47      Phfa,    211 N Front St,
                 Harrisburg, PA 17101-1466
14398162       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Feb 28 2020 03:33:23
                 Verizon,    500 Technology Dr,    Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 8
```

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 29, 2020          Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2020 at the address(es) listed below:

```
              PAUL H. YOUNG    on behalf of Debtor Nakia  Feribee support@ymalaw.com, ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 5
```

*UNITED STATESBANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Nakia Feribee
    Debtor(s)

Case No: 19−16195−elf

Chapter: 13

---

### NOTICE OF HEARING

To the debtor, debtor's attorney, the standing trustee and those creditors which appeared at the Sec. 341 creditors meeting,

NOTICE is given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Court,

    on: 3/24/20

    at: 01:00 PM

    in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

to consider confirmation of the debtor's plan in the above case. Objections to confirmation should be filed at least 10 days before the above date with the Clerk of the U.S. Bankruptcy Court

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

and serve counsel for the debtor at least 5 days before the above date.

Dated: 2/27/20

    For The Court

    Timothy B. McGrath
    Clerk of Court