# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Nakia Feribee <br>         Debtor(s) <br><br> PENNSYLVANIA HOUSING FINANCE AGENCY, <br> its successors and/or assigns <br>         Movant <br>     vs. <br><br> Nakia Feribee <br>         Debtor(s) <br><br> William C. Miller Esq. <br>         Trustee | CHAPTER 13 <br><br> NO. 19-16195 ELF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of PENNSYLVANIA HOUSING FINANCE AGENCY, which was filed with the Court on or about **May 4, 2020, docket number 55**.

                              Respectfully submitted,

                          By: **/s/ Rebecca A. Solarz, Esquire**
                              Rebecca A. Solarz, Esquire
                              KML Law Group, P.C.
                              BNY Mellon Independence Center
                              701 Market Street, Suite 5000
                              Philadelphia, PA  19106
                              215-627-1322
                              Attorney for Movant/Applicant

June 24, 2020