United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-16195-elf
Nakia Feribee                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: Randi              Page 1 of 2              Date Rcvd: Aug 12, 2020
                                Form ID: pdf900          Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2020.
```
db          +Nakia Feribee,   1165 Atwood Road,   Philadelphia, PA 19151-3108
cr          +Luther Sales,   60 Plant Avenue,   Ste 201,   Hauppauge, NY 11788-3810
14398152    +Auto Trakk, Llc,   1500 Sycamore Rd Ste 200,   Montoursville, PA 17754-9416
14398153    +First Premier Bank,   3820 N Louise Ave,   Sioux Falls, SD 57107-0145
14398154    +I C System Inc,   Po Box 64378,   Saint Paul, MN 55164-0378
14398155    +Luther Appliance & Fur,   129 Oser Ave Ste A,   Hauppauge, NY 11788-3813
14398157    +Ncb Management Service,   1 Allied Dr,   Trevose, PA 19053-6945
14405751    +PENNSYLVANIA HOUSING FINANCE AGENCY,   C/O Rebecca A. Solarz, Esq.,   KML Law Group,
              701 Market Street Suite 5000,   Philadelphia, PA. 19106-1541
14398160    +The Bureaus Inc,   1717 Central St,   Evanston, IL 60201-1507
14398161     Trident Asset Manageme,   10375 Old Alabama Rd Ste,   Alpharetta, GA 30022
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Aug 13 2020 04:26:38    City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 13 2020 04:26:16
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 13 2020 04:26:34    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14482592     E-mail/Text: megan.harper@phila.gov Aug 13 2020 04:26:38    Water Revenue Bureau,
              c/o City of Philadelphia Law Department,   Tax & Revenue Unit,   Bankruptcy Group, MSB,
              1401 John F. Kennedy Blvd., 5th Floor,   Philadelphia, PA  19102-1595
14409643     E-mail/PDF: resurgentbknotifications@resurgent.com Aug 13 2020 04:30:18    LVNV Funding, LLC,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14436380    +E-mail/Text: bankruptcy@sccompanies.com Aug 13 2020 04:25:51    Massey's,
              c/o Creditors Bankruptcy Service,   P O Box 800849,   Dallas, TX 75380-0849
14398156    +E-mail/Text: bankruptcydpt@mcmcg.com Aug 13 2020 04:26:24    Midland Funding,
              2365 Northside Dr Ste 30,   San Diego, CA 92108-2709
14455051    +E-mail/Text: bankruptcydpt@mcmcg.com Aug 13 2020 04:26:24    Midland Funding LLC,
              PO Box 2011,   Warren, MI 48090-2011
14398158    +E-mail/Text: bnc@nordstrom.com Aug 13 2020 04:26:07    Nordstrom/td Bank Usa,
              13531 E. Caley Ave,   Englewood, CO 80111-6504
14435286    +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 13 2020 04:30:21    PYOD, LLC,
              Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
14500210    +E-mail/Text: blegal@phfa.org Aug 13 2020 04:26:25    Pennsylvania Housing Finance Agency,
              211 North Front Street,   Harrisburg, PA 17101-1406
14398159    +E-mail/Text: blegal@phfa.org Aug 13 2020 04:26:25    Phfa,   211 N Front St,
              Harrisburg, PA 17101-1466
14411901    +E-mail/Text: documentfiling@lciinc.com Aug 13 2020 04:25:56    Tea Olive, LLC,   PO BOX 1931,
              Burlingame, CA 94011-1931
14401917    +E-mail/PDF: OGCRegionIIIBankruptcy@hud.gov Aug 13 2020 04:31:47
              U.S. Department of Housing and Urban Development,   451 7th Street S.W.,
              Washington, DC 20410-0002
14398162    +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 13 2020 04:25:52
              Verizon,   500 Technology Dr,   Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 15
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2020                                      Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Randi                Page 2 of 2                  Date Rcvd: Aug 12, 2020
                              Form ID: pdf900            Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2020 at the address(es) listed below:
              PAUL H. YOUNG    on behalf of Debtor Nakia  Feribee support@ymalaw.com,  ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                         TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|    NAKIA FERIBEE, | : | |
|        Debtor | : | Bky. No. 19-16195 ELF |

## ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

     **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

5. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either**:

    (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

    (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date: August 12, 2020

                                                  **ERIC L. FRANK**
                                                  **U.S. BANKRUPTCY JUDGE**