## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| **NAKIA FERIBEE,** | : | |
| Debtor | : | Bky. No. 19-16195 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion Requesting that the Court

Vacate the Prior Order Dismissing the Bankruptcy Case, and after notice and hearing, and with

the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1.  The Motion is **GRANTED**.

2.  The court's Order dated **August 12, 2020 (Doc. #77 )** dismissing this bankruptcy case is

    **VACATED** and the above captioned bankruptcy case is **REINSTATED** effective upon the

    entry of this Order.

**Date: September 29, 2020**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**