United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                        Case No. 19-16195-elf
Nakia Feribee                                                                                 Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Randi      Page 1 of 2
Date Rcvd: Sep 30, 2020      Form ID: pdf900      Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol  Definition**
+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nakia Feribee, 1165 Atwood Road, Philadelphia, PA 19151-3108 |
| cr | + | Luther Sales, 60 Plant Avenue, Ste 201, Hauppauge, NY 11788-3810 |
| 14398152 | + | Auto Trakk, Llc, 1500 Sycamore Rd Ste 200, Montoursville, PA 17754-9416 |
| 14398153 | + | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14398154 | + | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14398155 | + | Luther Appliance & Fur, 129 Oser Ave Ste A, Hauppauge, NY 11788-3813 |
| 14398157 | + | Ncb Management Service, 1 Allied Dr, Trevose, PA 19053-6945 |
| 14405751 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O Rebecca A. Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14398160 | + | The Bureaus Inc, 1717 Central St, Evanston, IL 60201-1507 |
| 14398161 | | Trident Asset Manageme, 10375 Old Alabama Rd Ste, Alpharetta, GA 30022 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 01 2020 03:27:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 01 2020 03:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 01 2020 03:26:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14482592 | | Email/Text: megan.harper@phila.gov | Oct 01 2020 03:27:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14409643 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 01 2020 03:33:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14436380 | + | Email/Text: bankruptcy@sccompanies.com | Oct 01 2020 03:26:00 | Massey's, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 14398156 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 01 2020 03:26:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 14455051 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 01 2020 03:26:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14398158 | + | Email/Text: bnc@nordstrom.com | Oct 01 2020 03:26:20 | Nordstrom/td Bank Usa, 13531 E. Caley Ave, Englewood, CO 80111-6504 |
| 14435286 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 01 2020 03:33:44 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14500210 | + | Email/Text: blegal@phfa.org | Oct 01 2020 03:26:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |

| District/off: 0313-2 | User: Randi | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 30, 2020 | Form ID: pdf900 | Total Noticed: 25 |

| | | | | |
|---|---|---|---|---|
| 14398159 | + | Email/Text: blegal@phfa.org | Oct 01 2020 03:26:00 | Phfa, 211 N Front St, Harrisburg, PA 17101-1466 |
| 14411901 | + | Email/Text: documentfiling@lciinc.com | Oct 01 2020 03:26:00 | Tea Olive, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14401917 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 01 2020 03:32:04 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 14398162 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 01 2020 03:26:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 02, 2020             Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| PAUL H. YOUNG | on behalf of Debtor Nakia Feribee support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| NAKIA FERIBEE, | : | |
| Debtor | : | Bky. No. 19-16195 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion Requesting that the Court Vacate the Prior Order Dismissing the Bankruptcy Case, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The court's Order dated **August 12, 2020 (Doc. #77 )** dismissing this bankruptcy case is **VACATED** and the above captioned bankruptcy case is **REINSTATED** effective upon the entry of this Order.

**Date: September 29, 2020**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**