### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| **NAKIA  FERIBEE** | |
| | :  BANKRUPTCY NO. **19-16195 ELF** |
| Debtor (s) | |

### P R A E C I P E

Kindly relist the above captioned Chapter 13 Bankruptcy case for a hearing on confirmation of the debtor(s) chapter 13 plan on 11/10/2020 At 1:00 P.M. before the Hon. Eric L. Frank.

Respectfully submitted,

Date: November 10, 2020

/s/LeRoy Wm. Etheridge, Esquire for
William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O. Box 1299
Philadelphia, PA  19105