**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | NAKIA FERIBEE, | : | Chapter 13 |
| | | : | |
| | Debtor | : | Bky. No. 19-16195 ELF |

# **O R D E R**

**AND NOW,** after a hearing, and for the reasons stated in court on **November 10, 2020**, it is hereby **ORDERED** that:

1. **On or before**, **November 17, 2020** the Debtor shall file (and serve in accordance with the rules of court) any proofs of claim, objections to proofs of claim, motions or adversary complaints and amended chapter 13 plans necessary to the confirmation of the Debtor's chapter 13 plan.

2. Failure to comply with the requirements of this Order may result in **DISMISSAL** of this case without further notice or hearing.

Date:  November 10, 2020

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**