# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** NAKIA FERIBEE | : | CHAPTER 13 |
| | : | |
| **Debtor(s)** | : | BANKRUPTCY NO. 19-16195 |

## CERTIFICATION OF NO RESPONSE

I, PAUL H. YOUNG, ESQUIRE, attorney for Debtor, do hereby certify the following:

On **November 20, 2020**, a copy of Debtor's Motion to Avoid Judicial Lien and Notice of Motion, Response Deadline and Hearing Date was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below:

Creditor:
Eric Glickstein, President
Luther Appliance & Furniture
Sales Acquisition, LLC.
99 Sunnyside Blvd Suite 101
Woodbury, NY 11797

Attorney for Creditor:
J. Scott Watson, Esquire
24 Regency Plaza
Glen Mills, PA 19342

I have not received a responsive pleading from any party or answers within the time period provided by the Rules of Court.

WHEREFORE, it is respectfully requested that this Honorable Court enter the proposed Order attached to the Motion to Avoid Judicial Lien.

/s/ Paul H. Young
Paul H. Young, Esquire
Young, Marr & Associates, LLC
3554 Hulmeville Road, Suite 102
Bensalem, PA 19020
P: 215-639-5297
F: 215-639-1344
support@ymalaw.com