**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:    NAKIA FERIBEE | : | CHAPTER 13 |
| | : | |
| Debtor(s) | : | BANKRUPTCY NO. 19-16195 ELF |

## O R D E R

**AND NOW,** upon Motion of the Debtor to avoid a judicial lien held by **Luther Appliance & Furniture Sales, Inc.** ("the Respondent") in personal property and/or real property of the Debtor located at **1165 Atwood Road, Philadelphia, PA 19151**,

**AND**, the Debtor having asserted that the alleged lien arising from the judgment entered at **Philadelphia Municipal Court** at **Docket No.: SC-17-01-25-5600** is subject to avoidance pursuant to 11 U.S.C. §522(f),

And, the Debtor having certified that adequate notice of the Motion was sent to the Respondent and that no answer or other response to the Motion has been filed,

It is hereby **ORDERED** that the Motion is **GRANTED** by default.

It is further **ORDERED**, subject to 11 U.S.C. §349(b), that the judicial lien held by the Respondent, if any, in the real property of the Debtor and/or the personal property of the Debtor listed and claimed as exempt in Schedule C of the Debtor's bankruptcy schedules is **AVOIDED**.

**Date:** 12/16/20

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**