# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NAKIA FERIBEE | : | CHAPTER 13 |
| | : | |
| Debtor(s) | : | BANKRUPTCY NO. 19-16195 |

## ORDER

**AND NOW**, upon consideration of the Movants' Objection to the Proof of Claim filed by the Luther Appliance & Furniture Sales, Inc.; Proof of Claim No. 5, and after a hearing, it is hereby **ORDERED** that the Objection is **SUSTAINED** and the Proof of Claim filed by the Luther Appliance & Furniture Sales, Inc., Proof of Claim No. 5, is **DISALLOWED** as a secured claim and **ALLOWED** as a general unsecured claim.

Date: 1/5/21

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**