# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Nakia Feribee<br>　　　　　　Debtor(s)<br><br>PENNSYLVANIA HOUSING FINANCE AGENCY<br>　　　　　　Movant<br>　vs.<br><br>Nakia Feribee<br>　　　　　　Debtor(s)<br><br>and William C. Miller Esq.<br>　　　　　　Trustee | Chapter 13<br><br>NO. 19-16195 ELF |

## ORDER

AND NOW, this 26th day of January, 2021 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties, it is **ORDERED** that the automatic stay under 11 U.S.C. Sections 362 and 1301 (if applicable), is **MODIFIED** to allow PENNSYLVANIA HOUSING FINANCE AGENCY and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 1165 Atwood Road, Philadelphia PA 19151.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**