# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| NAKIA FERIBEE, | : | |
| Debtor | : | Bky. No. 19-16195 ELF |

## O R D E R

**AND NOW**, upon consideration of the Application of the Debtor's Counsel for Allowance of Compensation and Distribution of Pre-Confirmation Payments held by the Chapter 13 Trustee ("the Application"), and upon the certification of the Debtor's Counsel ("the Applicant") that proper service has been made on all interested parties, and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. The Applicant is **ALLOWED** compensation in the amount of **$4,250.00**.

3. To the extent that funds are available, the Chapter 13 Trustee is authorized to distribute to the Applicant the amount(s) allowed in Paragraph 2, less **$1,250.00** which was paid by the Debtor prepetition, as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B).

4. All remaining funds, if any, held by the Trustee shall be disbursed in accordance with 11 U.S.C. §349(b)(3).

**Date: February 22, 2021**

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE